818

In the Matter of ROBERT BOEHM et al., Appellants, v ANDREA EVANS, as Chair of the New York State Division of Parole, Respondent.

Submitted January 31, 2011; decided March 29, 2011

Motion by the New York Civil Liberties Union Foundation for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed, and for leave to file a brief amicus curiae on the appeal herein dismissed as academic.

In the Matter of CAIN KEEL L. and Another, Infants. DERZERINA L., Appellant; THE NEW YORK FOUNDLING HOSPITAL, Respondent.

Submitted January 31, 2011; decided March 29, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

MARIA CALDERON, Appellant, v EVERGREEN OWNERS, INC., et al., Respondents.

Submitted January 24, 2011; decided March 29, 2011

Motion for reargument of motion for leave to appeal denied [see 14 NY3d 708 (2010)].

GRIFFITH OIL COMPANY, INC., et al., Respondents, v NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., Appellant, et al., Defendants.

Decided March 29, 2011

Appeal withdrawn pursuant to stipulation of the parties.